UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

CASE NO.: 2:26-cv-02091

MARCO VERCH,

Plaintiff,

v.

WISCONSIN PLASTIC PRODUCTS, LLC,

Defendant.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

## (INJUNCTIVE RELIEF DEMANDED)

Plaintiff MARCO VERCH by and through his undersigned counsel, brings this Complaint against Defendant WISCONSIN PLASTIC PRODUCTS, LLC for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff MARCO VERCH ("Verch") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §§ 106 and 1202, to copy and distribute Verch's original copyrighted Work of authorship after removal of his copyright management information ("CMI") .

2. Marco Verch is a photographer based in Cologne, Germany, with a lifelong passion for digital photography. Since receiving his first digital camera, a Canon Ixus, in 1996, he has embraced photography as both a creative pursuit and a way to document the world around him. Today, he primarily shoots with a full-frame Canon DSLR, while also utilizing the latest iPhone technology and DJI drones to capture unique perspectives and compelling imagery. Verch focuses on creating high-quality photographs that showcase the beauty of everyday life

and extraordinary moments alike. His work spans a wide range of subjects, including travel destinations, sporting events, landscapes, food, flowers, automobiles, and aerial drone photography. In addition to editorial and creative photography, he has produced images for advertising, marketing, and fundraising campaigns. Verch\'s photography has reached audiences worldwide through collaborations and publications on leading digital media platforms such as Mashable and TechCrunch. His aerial photography has achieved exceptional visibility, with his drone images receiving more than 50 million views on Google Maps.

3. Defendant WISCONSIN PLASTIC PRODUCTS, LLC (“Wisconsin Plastic”) is a custom plastic extrusion manufacturer based in Plymouth, Wisconsin, specializing in engineered plastic profiles for a wide range of industrial and commercial applications. Founded in 1994, the company provides custom extrusion solutions ranging from simple profiles to complex multi-material, co-extruded, and metal-embedded products, supported by in-house tooling design, engineering, and fabrication capabilities. Known for its focus on quality, innovation, and on-time delivery, Wisconsin Plastic Products serves manufacturers throughout North America with advanced technologies including vacuum calibration sizing, co- and tri-extrusion, specialized surface finishes, and proprietary MetaPlast® technologies. The company has continually expanded its capabilities and facilities and became part of Pexco LLC in 2025, further strengthening its position in the custom plastics industry. At all times relevant herein, Wisconsin Plastic owned and operated the Facebook Page located at the internet URL https://www.facebook.com/WisconsinPlasticProducts (the "Wisconsin Plastic Facebook Page").

4. Verch alleges that Wisconsin Plastic copied Verch’s copyrighted Work from the internet in order to advertise, market and promote its business activities. Wisconsin Plastic

committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Wisconsin Plastic's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Wisconsin Plastic is subject to personal jurisdiction in Georgia.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Wisconsin Plastic engaged in infringement in this district, Wisconsin Plastic resides in this district, and Wisconsin Plastic is subject to personal jurisdiction in this district.

## DEFENDANT

9. Wisconsin Plastic Products, LLC is a Wisconsin Limited Liability Company, with its principal place of business at 1045 Lindoerfer Road, Plymouth, Wisconsin, 53073-4414, and can be served by serving its Registered Agent, Robert Bruggink, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Liliya Krivorychko created the photograph entitled "Sunflower-flower-and-colorful-autumn-leaves-on-white-background," which is shown below and referred to herein as the "Work."



11. Verch is the owner of the Work by written assignment.

12. Verch's Work is protected by copyright but is not otherwise proprietary, or trade secrets. The perspective, orientation, positioning, lighting, and other details of the Work are entirely original and creative. As such, the Work qualifies as subject matter protectable under the Copyright Act.

13. Verch registered the Work with the Register of Copyrights on December 28, 2020 as part of a group registration. The Group Registration was assigned registration number VA 2-237-126. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. Verch made his work available via Flickr and a Creative Commons 2.0 License.

15. Verch published the Work on or about November 4, 2019, by displaying it on Flickr at the internet URL https://www.flickr.com/photos/30478819@N08/48840555443/.

16. For a party to be allowed to use a Creative Commons 2.0 License ("CC 2.0"), it is conditioned upon the prospective licensee of the Work attributing the Work to the original owner/claimant of the Work.

17. In part, the CC 2.0 license states, "You must give appropriate credit, provide a link to the license and indicate if changes were made."[1]

18. Verch's display of the Work on Flickr also included CMI next to the Work in the form of Verch's name, the year when the Work was first created, and the link to the licensing terms.

19. At all relevant times Verch was the exclusive owner of the copyrighted Work.

**INFRINGEMENT BY WISCONSIN PLASTIC**

20. Wisconsin Plastic has never been licensed to use the Work for any purpose.

21. On a date after the Work at issue in this action was created, but prior to the filing of this action, Wisconsin Plastic copied the Work.

22. Within three years of filing this action, Verch learned of the unauthorized use of his Work on the Valley Plastics Facebook Page at the following URL: https://www.facebook.com/photo.php?fbid=707840668047649&set=pb.100064651663228.-2207520000&type=3.

23. Wisconsin Plastic copied Verch's copyrighted Work without Verch's permission.

24. After Wisconsin Plastic copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its engineered plastic business.

[1] https://creativecommons.org/licenses/by/2.0/

25. Wisconsin Plastic copied and distributed Verch's copyrighted Work in connection with Defendant's business for purposes of advertising and promoting Defendant's business, and in the course and scope of advertising and selling products and services.

26. Wisconsin Plastic committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

27. Verch never gave Wisconsin Plastic permission or authority to copy, distribute or display the Work for any purpose.

28. Verch notified Wisconsin Plastic of the allegations set forth herein on November 4, 2025 and November 24, 2025. To date, Wisconsin Plastic failed to respond to any communications.

29. When Wisconsin Plastic copied and displayed the Work, Wisconsin Plastic failed to provide attribution as required by the CC 2.0 license.

30. Wisconsin Plastic's failure to attribute is a violation of 17 U.S.C. § 1202(b) as removal of CMI.

31. Verch never gave Wisconsin Plastic permission or authority to remove CMI from the Work.

**COUNT I**
**DIRECT COPYRIGHT INFRINGEMENT**

32. Verch incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

33. Verch owns a valid copyright in the Work.

34. Verch registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

35. Wisconsin Plastic copied, displayed, and distributed the Work and made derivatives of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

36. Wisconsin Plastic performed the acts alleged in the course and scope of its business activities.

37. Defendant's acts were willful.

38. Verch has been damaged.

39. The harm caused to Verch has been irreparable.

**COUNT II**
**VICARIOUS COPYRIGHT INFRINGEMENT**

40. Verch incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

41. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

42. Wisconsin Plastic has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

43. Despite having the ability to stop the infringed Work from being displayed on its Website, Wisconsin Plastic allowed the materials to remain up for display.

44. To the extent that the actions described above were performed by the third-party alone, Wisconsin Plastic is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Verch's authorization in violation of 17 U.S.C. § 501.

45. Verch has been damaged.

46. The harm caused to Verch has been irreparable.

## COUNT III
## ADDITION OF FALSE COPYRIGHT MANAGEMENT INFORMATION

47. Verch incorporates the allegations of paragraphs 1 through 31 of this Complaint as if fully set forth herein.

48. The Work contains false CMI.

49. Wisconsin Plastic knowingly and with the intent to enable or facilitate copyright infringement, added CMI, “Wisconsin Plastic Products, Inc.” in the bottom right corner to the Work in violation of 17 U.S.C. § 1202(a), as shown below:




50. Wisconsin Plastic committed these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work protected under the Copyright Act.

51. Wisconsin Plastic caused, directed and authorized others commit these acts knowing or having reasonable grounds to know that it will induce, enable, facilitate or conceal infringement of Verch's rights in the Work.

52. Wisconsin Plastic applied its own false CMI upon the Work.

53. After applying the false CMI to the Work, Wisconsin Plastic published the Work in violation of 17 U.S.C. § 1202(a).

54. Verch has been damaged.

55. The harm caused to Verch has been irreparable.

WHEREFORE, the Plaintiff MARCO VERCH prays for judgment against the Defendant WISCONSIN PLASTIC PRODUCTS, LLC that:

a. Wisconsin Plastic and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501, 1203;

b. Wisconsin Plastic be required to pay Verch his actual damages and Defendant's profits attributable to the infringement, or, at Verch's election, statutory damages, as provided in 17 U.S.C. §§ 504, 1203;

c. Verch be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

d. Verch be awarded pre- and post-judgment interest; and

e. Verch be awarded such other and further relief as the Court deems just and proper.

**<u>JURY DEMAND</u>**

Verch hereby demands a trial by jury of all issues so triable.

Dated: November 10, 2026

Respectfully submitted,

*/s/ J. Campbell Miller*
J. CAMPBELL MILLER
campbell.miller@sriplaw.com

**SRIPLAW, P. A.**
742 South Rangeline Road
Carmel, Indiana 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Marco Verch*